MORGENSTEIN & JUBELIRER LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-DFL-KJM<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

   IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH SANCHEZ AND THE CLASS AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

   WHEREAS plaintiffs Elizabeth Sanchez and the Class filed a Class Action Complaint for Equitable Relief Including Restitution and Damages in Superior Court of California, County of Sacramento, Case No. 06AS04185 ("State Court Action"), on October 2, 2005;

   WHEREAS defendant Dorel Juvenile Group, Inc. was served with a summons and complaint in the aforementioned State Court Action on October 18, 2006;

   WHEREAS defendant Dorel Juvenile Group, Inc. filed a Notice of Removal on

November 16, 2006 and removed the State Court Action to the United States District Court for the Eastern District of California ("federal court");

WHEREAS defendant Wal-Mart Stores, Inc. consented to Dorel Juvenile Group, Inc.'s Notice of Removal;

WHEREAS defendants Dorel Juvenile Group, Inc. and Wal-Mart Stores, Inc. did not file a responsive pleading in the State Court Action prior to Dorel Juvenile Group, Inc.'s Notice of Removal and defendants would be otherwise required to file a responsive pleading in federal court on or before November 27, 2006;

WHEREAS the plaintiffs, by and through their counsel of record, have agreed to extend defendants' time to answer, move, or otherwise respond to plaintiffs' complaint by twenty-eight (28) days;

IT IS STIPULATED that defendants Dorel Juvenile Group, Inc. and Wal-Mart Stores, Inc.'s time to answer, mover, or otherwise respond to plaintiffs' complaint shall be extended up to and including December 26, 2006.

DATED:  November 21, 2006           MORGENSTEIN & JUBELIRER LLP


                                    By _____/s/_____
                                       Jeffrey R. Williams
                                    Attorneys for Defendants
                                    DOREL JUVENILE GROUP, INC. and
                                    WAL-MART STORES, INC.

DATED:  November 21, 2006           CLAYEO C. ARNOLD, A Professional Law
                                    Corporation


                                    By _____/s/_____
                                       Kirk J. Wolden
                                    Attorneys for Plaintiff
                                    ELIZABETH SANCHEZ and the CLASS

IT IS SO ORDERED.


DATED:  November 28, 2006           /s/ David F. Levi
                                    UNITED STATES DISTRICT JUDGE