SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:     (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-DFL-KJM<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR FILING JOINT STATUS REPORT** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS defendants Dorel Juvenile Group, Inc. and Wal-Mart Stores, Inc. removed this action from Sacramento County Superior Court on November 16, 2006;

WHEREAS on November 16, 2006 the Court issued an Order requiring a joint status report, which Order requires the parties to meet and confer and prepare and submit a joint status report pursuant to Fed. R. Civ. P. 26(f) within sixty (60) days of removal;

WHEREAS the current deadline for the parties' joint status report is January 15, 2007;

WHEREAS counsel for the parties require additional time to meet and confer and to prepare a thorough and meaningful joint status report; and

WHEREAS a thirty-day extension of time would allow the parties, by and through their counsel, to adequately prepare and submit the joint status report;

IT IS STIPULATED that the deadline for preparing and filing a joint status report is extended thirty days to February 15, 2007.

DATED: January _____, 2007        MORGENSTEIN & JUBELIRER LLP

By _____
   Kathleen A. Stimeling
Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

DATED: January _____, 2007        CLAYEO C. ARNOLD, A Professional Law Corporation

By _____
   Kirk J. Wolden
Attorneys for Plaintiff
ELIZABETH SANCHEZ and the CLASS

IT IS SO ORDERED.

DATED: January 15, 2007

_____
DAVID F. LEVI
United States District Judge