SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION AND ORDER RE EXTENSION OF CLASS CERTIFICATION DEADLINES** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS plaintiff filed a Motion to Certify Action as Class Action on July 13, 2007;

WHEREAS the plaintiff and defendants, by and through their counsel of record, have agreed to the following discovery and briefing schedule regarding plaintiff's Motion to Certify Action as Class Action:

**August 24, 2007**—deadline for defendants to designate expert witnesses in opposition to class certification, to provide expert report summaries and to designate fact witnesses that may be offered by defendants at the class certification hearing, either live or by affidavit.

01850.00010
666503.1

PDF created with pdfFactory trial version www.pdffactory.com

**September 7, 2007**—deadline for plaintiff to designate rebuttal expert witnesses in support of class certification, to provide rebuttal expert report summaries and to designate rebuttal fact witnesses that may be offered by plaintiff at the class certification hearing, either live or by affidavit

**September 21, 2007**—depositions of plaintiff's witnesses to be completed.

**October 5, 2007**—deadline for defendants to file responses to plaintiff's motion for class certification.

**October 26, 2007**—deposition of defendants' witnesses to be completed.

**November 2, 2007**—deadline for plaintiff to file reply in support of motion for class certification.

**November 9, 2007**—parties to meet and confer, and to advise court regarding type of class certification hearing the parties feel necessary, and the extent of any disagreement on the same.

**December 5, 2007**  at 10:00 a.m. —hearing date for motion for class certification.

DATED: August 8, 2007                    SCHIFF HARDIN LLP

By   /s/
   Kathleen A. Stimeling
Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

DATED: August 8, 2007                    CLAYEO C. ARNOLD, A Professional Law Corporation

By   /s/ Kirk Wolden w/p KAS
   Kirk J. Wolden
Attorneys for Plaintiff
ELIZABETH SANCHEZ and the CLASS

IT IS SO ORDERED.

DATED: August  9, 2007                    /s/ Ralph R. Beistline
                                          UNITED STATES DISTRICT JUDGE

01850.00010
666503.1

**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CLASS CERTIFICATION DEADLINES**
Case No. 2:06-CV-02573-DFL-KJM

PDF created with pdfFactory trial version www.pdffactory.com