1  SCHIFF HARDIN LLP
Jeffrey R. Williams (CSB #84156)
2  Kathleen A. Stimeling (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
Telephone:   (415) 901-8700
4  Facsimile:   (415) 901-8701

5  SCHIFF HARDIN LLP
William E. Meyer (*Pro Hac Vice*)
6  Heidi Kern Oertle (*Pro Hac Vice*)
6600 Sears Tower
7  Chicago, IL 60606
Telephone:   (312) 258-5500
8  Facsimile:   (312) 258-5600

9  Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
10  WAL-MART STORES, INC.

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>15<br><br>Plaintiffs,<br>16<br><br>v.<br>17<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br>19<br><br>Defendants.<br>20 | Case No. 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION NO. 2 AND ORDER EXTENDING DEADLINES REGARDING CLASS CERTIFICATION MOTION**<br><br>Current hearing date:   Dec. 5, 2007<br><br>Hearing date:   Jan. 9, 2008<br>At 10:00 a.m. |

21

22      IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH

23  SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE

24  GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

25      WHEREAS plaintiff filed a Motion to Certify Action as Class Action on July 13,

26  2007;

27      WHEREAS the plaintiff and defendants, by and through their counsel of record,

28  have agreed to the following discovery and briefing schedule regarding plaintiff's Motion to

01850.00010
671379.1

- 1 -

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PDF created with pdfFactory trial version www.pdffactory.com

1  Certify Action as Class Action:

2  **November 5, 2007**—deadline for defendants to file response to plaintiff's motion

3  for class certification.

4  **November 26, 2007**—depositions of defendants' witnesses to be completed.

5  **December 7, 2007**—deadline for plaintiff to file reply in support of motion for class

6  certification.

7  **December 14, 2007**—parties to meet and confer and advise court regarding type

8  of class certification hearing the parties feel necessary and the extent of any disagreement

9  regarding same.

10  **January 9, 2008  at 10:00 a.m.**—hearing date for motion for class certification.

11  DATED:  October 2, 2007                    SCHIFF HARDIN LLP

12

13                                                         By   /s/ Kathleen A. Stimeling
                                                                Kathleen A. Stimeling
14                                                         Attorneys for Defendants
                                                           DOREL JUVENILE GROUP, INC. and
15                                                         WAL-MART STORES, INC.

16  DATED:  October 2, 2007                    CLAYEO C. ARNOLD, A Professional Law
                                                           Corporation
17

18

19                                                         By   /s/ Kirk J. Wolden
                                                                Kirk J. Wolden
20                                                         Attorneys for Plaintiff
                                                           ELIZABETH SANCHEZ and the CLASS
21

    **IT IS SO ORDERED.**
22

23
    DATED:  October 3, 2007
24
                                                           /s/ Ralph R. Beistline
25                                                         U.S. DISTRICT COURT JUDGE

26

27

28
01850.00010
671379.1

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CLASS CERTIFICATION DEADLINES**
Case No. 2:06-CV-02573-RRB-KJM

PDF created with pdfFactory trial version www.pdffactory.com