SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ELIZABETH SANCHEZ**<br><br>Current Date:   November 7, 2007<br>New Date:        November 28, 2007 |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS defendants Wal-Mart Stores, Inc. and Dorel Juvenile Group, Inc. filed a motion to compel further deposition of Elizabeth Sanchez on October 2, 2007;

WHEREAS the current hearing date for defendants' motion to compel is November 7, 2007;

WHEREAS the parties desire additional time to devote efforts to meeting and conferring regarding the issues raised in defendants' motion to compel;

WHEREAS the parties seek to continue the current hearing date for three weeks to provide the additional time to further meet and confer;

SF\ 9030302.1

- 1 -

1    IT IS HEREBY STIPULATED that the hearing date on defendants' motion to compel further deposition of Elizabeth Sanchez is continued from November 7, 2007 to November 28, 2007 and that the new briefing schedule shall run from the new hearing date pursuant to the Federal Rules of Civil Procedure.

DATED:  November 5, 2007                    SCHIFF HARDIN LLP


                                            By ___/s/_____
                                               Kathleen A. Stimeling
                                            Attorneys for Defendants
                                            DOREL JUVENILE GROUP, INC. and
                                            WAL-MART STORES, INC.

DATED:  October 29, 2007                    CLAYEO C. ARNOLD, A Professional Law Corporation


                                            By ___/s/_____
                                               Kirk J. Wolden
                                            Attorneys for Plaintiff
                                            ELIZABETH SANCHEZ and the CLASS

    IT IS SO ORDERED.

    DATED:  November 5, 2007.

                                            _____
                                            U.S. MAGISTRATE JUDGE

**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ELIZABETH SANCHEZ**

SF\ 9030302.1