CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
Clifford C. Carter, SBN 149621
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
(916) 924-3100

Attorney for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH SANCHEZ AND THE CLASS AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:**

WHEREAS, both plaintiffs' and defendants' counsel have agreed to continue the DEFENDANTS' Motion for Summary Judgment to facilitate the taking of discovery pertinent to said motion;

///
///
///

1    IT IS STIPULATED that the hearing on defendants' Dorel Juvenile Group, Inc. and
2 Wal-Mart Stores, Inc's motion for summary judgment shall be continued from January 23,
3 2008 to March 19, 2008, at 10:00 a.m., in Courtroom 9.  Plaintiff's opposition to said motion
4 shall be filed by March 4, 2008 and defendants' reply shall be filed by March 11, 2008.

Dated: January 11, 2008                                CLAYEO C. ARNOLD
                                                       A Professional Law Corporation


                                                       By: _____//SS//_____
                                                            KIRK J. WOLDEN
                                                            Attorney for the Plaintiffs

Dated: January 11, 2008                                SCHIFF HARDIN LLP


                                                       By: _____//SS//_____
                                                            HEIDI K. OERTLE
                                                            Attorney for the Defendants

     IT IS SO ORDERED.

Dated:   January 11, 2008

                                                       /s/ Ralph R. Beistline
                                                       UNITED STATES DISTRICT JUDGE