SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-RRB-KJM<br><br>**FURTHER AMENDED STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ELIZABETH SANCHEZ**<br><br>Current Date:   January 23, 2008<br>New Date:        March 19, 2008 |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS defendants Wal-Mart Stores, Inc. and Dorel Juvenile Group, Inc. filed a motion to compel further deposition of Elizabeth Sanchez on October 2, 2007;

WHEREAS the current hearing date for defendants' motion to compel is January 23, 2008;

WHEREAS the parties desire additional time to devote efforts to meeting and conferring regarding the issues raised in defendants' motion to compel;

WHEREAS the parties seek to continue the current hearing date to provide the additional time to further meet and confer; and

WHEREAS the parties desire the hearing date on defendants' motion to compel to coincide with the hearing date on defendants' motion for summary judgment;

IT IS HEREBY STIPULATED that the hearing date on defendants' motion to compel further deposition of Elizabeth Sanchez is continued from January 23, 2008 to March 19, 2008 and that the new briefing schedule shall run from the new hearing date pursuant to the Federal Rules of Civil Procedure. The deadline for filing a joint statement regarding the discovery dispute per L.R. 37-251 is continued to March 14, 2008.

DATED: January 16, 2008         SCHIFF HARDIN LLP


                                By ___/s/_____
                                    Kathleen A. Stimeling
                                Attorneys for Defendants
                                DOREL JUVENILE GROUP, INC. and
                                WAL-MART STORES, INC.

DATED: January 15, 2008         CLAYEO C. ARNOLD, A Professional Law
                                Corporation


                                By ___/s/_____
                                    Kirk J. Wolden
                                Attorneys for Plaintiff
                                ELIZABETH SANCHEZ and the CLASS

IT IS SO ORDERED.

DATED: January 24, 2008.        [signature]
                                U.S. MAGISTRATE JUDGE

CH1\5419716.1

- 2 -
**FURTHER AMENDED STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ELIZABETH SANCHEZ**