1  **CLAYEO C. ARNOLD**
**A Professional Corporation**
2  **Clayeo C. Arnold, SBN 65070**
**Kirk J. Wolden, SBN 138902**
3  **Clifford C. Carter, SBN 149621**
**608 UNIVERSITY AVENUE**
4  **SACRAMENTO, CA 95825**
**(916) 924-3100**
5

6  **Attorney for Plaintiffs and the Class**

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  **ELIZABETH SANCHEZ for herself** | **Case No: 2:06-CV-02573-RRB-KJM**
13  **and on behalf of those similarly situated,**
**STIPULATION AND ORDER TO**
14  **CONTINUE CASE MANAGEMENT**
**Plaintiffs,** | **CONFERENCE**
15
**vs.**
16
**WAL MART STORES, INC., DOREL**
17  **JUVENILE GROUP, INC.; and**
**DOES 1 through 25, inclusive,**
18
**Defendants.**
19

20      **IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH**

21  **SANCHEZ AND THE CLASS AND DEFENDANTS WAL-MART STORES, INC. AND**

22  **DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:**

23      WHEREAS,

24      1.      Both plaintiffs' and defendants' counsel have agreed to continue the

25  DEFENDANTS' Motion for Summary Judgment to facilitate the taking of discovery pertinent

26  to said motion and said motion is not likely to be heard until early May as a result;

27      2.      Plaintiff's Motion to Certify Action as Class action has been delayed while

28  service of new foreign defendants is completed under the provisions of the Hague

Stip and Order re Continuation of CMC                    1

1  Convention;

2        IT IS STIPULATED that the Status Conference currently scheduled for March 26,

3  2008, is continued until June 11, 2008, at 10:00 a.m., in Courtroom 26.

4  Dated: March 25, 2008                              CLAYEO C. ARNOLD
5                                                     A Professional Law Corporation

6

7                                                     By: _____//SS//_____
                                                          KIRK J. WOLDEN
8                                                         Attorney for the Plaintiffs

9  Dated: March 25, 2008                              SCHIFF HARDIN LLP
10

11
                                                     By: _____//SS//_____
12                                                        KATHLEEN A. STIMELING
                                                          Attorney for the Defendants
13

14        IT IS SO ORDERED.

15  Dated:  March 25, 2008.
16

17

18  _____
19  U.S. MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28