SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF ELIZABETH

SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE

GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS defendants Wal-Mart Stores, Inc. and Dorel Juvenile Group, Inc. filed a

motion for summary judgment on December 3, 2007;

WHEREAS the most recent hearing date for said motion was March 19, 2008; and

WHEREAS counsel for the parties have agreed to continue the hearing date to

facilitate the taking of a discovery deposition pertinent to said motion;

IT IS HEREBY STIPULATED that the hearing date for defendants' motion for

summary judgment be continued to May 21, 2008 at 10:00 a.m. in Courtroom 9 of the

above-referenced Court.  Plaintiff's opposition to the motion for summary judgment is due

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PDF created with pdfFactory trial version www.pdffactory.com

on or before May 6, 2008 and defendants' reply shall be filed by May 13, 2008.

DATED:  March 28, 2008                    SCHIFF HARDIN LLP


By //S//_____
     Kathleen A. Stimeling
Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

DATED:  March 28, 2008                    CLAYEO C. ARNOLD, A Professional Law
                                          Corporation


By //S//_____
     Kirk J. Wolden
Attorneys for Plaintiff
ELIZABETH SANCHEZ and the CLASS

        IT IS SO ORDERED.


DATED:  March 31, 2007                    /s/ Ralph R. Beistline_____
                                          UNITED STATES DISTRICT JUDGE


CH1\5633413.1

PDF created with pdfFactory trial version www.pdffactory.com