SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-JAM-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS defendants Wal-Mart Stores, Inc. and Dorel Juvenile Group, Inc. filed a motion for summary judgment on December 3, 2007;

WHEREAS the most recent hearing date for said motion was May 21, 2008; and

WHEREAS counsel for the parties have agreed to continue the hearing date to facilitate the taking of a discovery deposition pertinent to said motion;

IT IS HEREBY STIPULATED that the hearing date for defendants' motion for summary judgment be continued to July 9, 2008 at 9:00 a.m. in Courtroom 9 of the above-referenced Court.  Plaintiff's opposition to the motion for summary judgment is due on or

PDF created with pdfFactory trial version www.pdffactory.com

before June 19, 2008 and defendants' reply shall be filed by June 26, 2008.

DATED:  May 13, 2008					SCHIFF HARDIN LLP

								By //S//_____
								     Kathleen A. Stimeling
								Attorneys for Defendants
								DOREL JUVENILE GROUP, INC. and
								WAL-MART STORES, INC.

DATED:  May 13, 2008					CLAYEO C. ARNOLD, A Professional Law
								Corporation


								By //S//_____
								     Kirk J. Wolden
								Attorneys for Plaintiff
								ELIZABETH SANCHEZ

  IT IS SO ORDERED.

DATED:  May 13, 2008

								/s/ John A. Mendez_____
								UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com