SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

SCHIFF HARDIN LLP
WILLIAM J. MEYER (*Admitted pro hac vice*)
HEIDI OERTLE (*Admitted pro hac vice*)
6600 Sears Tower
Chicago, IL 60606
Telephone:   (312) 258-5500
Facsimile:    (312) 258-5600

Attorneys for Defendants
DOREL JUVENILE GROUP, INC. and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-02573-JAM-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

WHEREAS the parties entered into a previous agreement regarding the hearing date and briefing schedule on plaintiff's motion for class certification;

WHEREAS the parties desire to conduct further discovery before completing the class certification briefing;

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -
**Stipulation And [Proposed] Order To Continue Hearing And Briefing On Plaintiff's Motion For Class Certification**

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS the press of schedules and a conflicting, pending trial have caused
2 counsel for defendants to seek additional time for briefing; and
3    WHEREAS counsel for the parties have met and conferred and plaintiff does not
4 oppose defendants' request for modification of the existing briefing schedule;
5    IT IS HEREBY STIPULATED that the remaining class certification and briefing
6 schedule shall be as follows:
7    1.   <u>November 14, 2008</u>
8 Defendants will file their opposition to plaintiff's motion for class certification.
9    2.   <u>Present – December 14, 2008</u>
10   Plaintiff will conduct discovery she believes probative of issues raised by
11 opposition to the motion for class certification.  Defendants will meet and confer with
12 plaintiff in order to complete such additional discovery within this time frame.  Plaintiff
13 contends that discovery during this period is not limited to class certification issues only,
14 and does not intend to so limit discovery in executing this stipulation.
15   3.   <u>December 15, 2008</u>
16 Plaintiff will file her reply brief.
17   The parties will meet and confer regarding the hearing including the need for any
18 live testimony and report to the Court on this issue by January 1, 2008.  The motion will
19 be heard at the Court's convenience thereafter.

21 DATED: October 10, 2008          SCHIFF HARDIN LLP

23                                  By //S//
                                    Kathleen A. Stimeling
24                                  Attorneys for Defendants
                                    DOREL JUVENILE GROUP, INC. and
25                                  WAL-MART STORES, INC.

| | |
|---|---|
| 1  DATED: October 10, 2008 | CLAYEO C. ARNOLD, A Professional Law Corporation |
| 2 | |
| 3 | |
| 4 | By //S//_____<br>Kirk J. Wolden |
| 5 | Attorneys for Plaintiff<br>ELIZABETH SANCHEZ |

7     IT IS SO ORDERED.

9     DATED: October 14, 2008

/s/ John A. Mendez_____
UNITED STATES DISTRICT JUDGE

CH1\ 6020172.1