1  SCHIFF HARDIN LLP
   JEFFREY R. WILLIAMS (CSB #84156)
2  KATHLEEN A. STIMELING (CSB #209226)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:   (415) 901-8700
4  Facsimile:   (415) 901-8701

5  SCHIFF HARDIN LLP
   WILLIAM J. MEYER (*Admitted pro hac vice*)
6  HEIDI OERTLE (*Admitted pro hac vice*)
   6600 Sears Tower
7  Chicago, IL 60606
   Telephone:   (312) 258-5500
8  Facsimile:   (312) 258-5600

9  Attorneys for Defendants
   DOREL JUVENILE GROUP, INC. and
10 WAL-MART STORES, INC.

11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15 | ELIZABETH SANCHEZ, for herself and on behalf of those similarly situated, | Case No. 2:06-CV-02573-JAM-KJM |
16 | | |
17 | Plaintiffs, | **AMENDED STIPULATION AND ORDER TO CONTINUE BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
18 | v. | |
19 | WAL MART STORES, INC., DOREL JUVENILE GROUP, INC., and DOES 1 through 25, inclusive, | |
20 | | |
21 | Defendants. | |

22     IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF ELIZABETH

23 SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE

24 GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:

25     WHEREAS the parties entered into a previous agreement regarding the briefing

26 schedule on plaintiff's motion for class certification;

27     WHEREAS the parties have made their best efforts to schedule the deposition of

28 Mr. Salvador Sanchez but despite these best efforts have been unable to conduct the

PDF created with pdfFactory trial version www.pdffactory.com

1  deposition until Friday, November 14, 2008;

2      WHEREAS defendant Dorel Juvenile Group, Inc.'s inability to depose Mr. Sanchez

3  has limited it ability to complete its opposition briefing to plaintiff's motion for class

4  certification; and

5      WHEREAS counsel for the parties have met and conferred and have greed that the

6  briefing schedule should be continued to take the deposition of Mr. Sanchez on November

7  14, 2008 and extend the time for filing briefs accordingly;

8      IT IS HEREBY STIPULATED that the remaining class certification and briefing

9  schedule shall be as follows:

10     1.   <u>November 21, 2008</u>

11 Defendants will file their opposition to plaintiff's motion for class certification.

12     2.   <u>Present – January 20, 2009</u>

13     Plaintiff will conduct discovery she believes probative of issues raised by

14 opposition to the motion for class certification.  Defendants will meet and confer with

15 plaintiff in order to complete such additional discovery within this time frame.  Plaintiff

16 contends that discovery during this period is not limited to class certification issues only,

17 and does not intend to so limit discovery in executing this stipulation.

18     3.   <u>January 21, 2009</u>

19 Plaintiff will file her reply brief.

20     The parties will meet and confer regarding the hearing including the need for any

21 live testimony and report to the Court on this issue by February 1, 2009.  The motion will

22 be heard at the Court's convenience thereafter.

23 DATED:  November 14, 2008                 SCHIFF HARDIN LLP

25                                               By /<u>/S// Kathleen A. Stimeling</u>
26                                                 Kathleen A. Stimeling
                                                Attorneys for Defendants
27                                                 DOREL JUVENILE GROUP, INC. and
                                                WAL-MART STORES, INC.

28

| | |
|---|---|
| DATED: November 14, 2008 | CLAYEO C. ARNOLD, A Professional Law Corporation |
| | By //S// Kirk J. Wolden<br>     Kirk J. Wolden<br>Attorneys for Plaintiff<br>ELIZABETH SANCHEZ |

IT IS SO ORDERED.

DATED: November 14, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

CH1\6075747.1