**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Kirk J. Wolden, SBN 138902**
**Clifford C. Carter, SBN 149621**
**608 UNIVERSITY AVENUE**
**SACRAMENTO, CA 95825**
**(916) 924-3100**

**Attorney for Plaintiffs and the Class**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ for herself and on behalf of those similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC.; and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No: 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH SANCHEZ AND THE CLASS AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:**

WHEREAS, the parties entered into a previous agreement regarding the briefing schedule on plaintiffs' motion for class certification;

WHEREAS, the parties have made their best efforts to schedule the deposition of Dorel employees and defense experts;

WHEREAS, defendant Dorel Juvenile Group, Inc. has now agreed to produce certain deponents, and expert discovery has been complicated by the holidays; and

1    WHEREAS, counsel for the parties have met and conferred and have agreed that the briefing schedule should be continued to finish the depositions of Dorel employees and defense experts and extend the time for filing briefs accordingly;

   IT IS HEREBY STIPULATED that the remaining class certification and briefing schedule shall be modified as follows:

   1.   February 17, 2009

   Plaintiff will file her reply brief.

   The parties will meet and confer regarding the hearing including the need for any live testimony and report to the Court on this issue by March 1, 2009.  The motion will be heard at the Court's convenience thereafter.

Dated: January 9, 2009               CLAYEO C. ARNOLD
                                     A Professional Law Corporation


                                     By: _____
                                         KIRK J. WOLDEN
                                         Attorney for the Plaintiffs

Dated: January 9, 2009               SCHIFF HARDIN LLP


                                     By: _____
                                         KATHLEEN A. STIMELING
                                         Attorney for the Defendants

   IT IS SO ORDERED.

Dated:   January 14, 2009
                                     /s/ John A. Mendez
                                     UNITED STATES DISTRICT JUDGE