**CLAYEO C. ARNOLD**
**A Professional Corporation**
Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
Clifford C. Carter, SBN 149621
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
(916) 924-3100

Attorney for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ for herself and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No: 2:06-CV-02573-RRB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS ELIZABETH SANCHEZ AND DEFENDANTS WAL-MART STORES, INC. AND DOREL JUVENILE GROUP, INC., BY AND THROUGH THEIR COUNSEL OF RECORD:**

WHEREAS, the parties entered into a previous agreement regarding the briefing schedule on plaintiffs' motion for class certification;

WHEREAS, the parties have made their best efforts to schedule the deposition of Dorel employees and defense experts;

WHEREAS, defendant Dorel Juvenile Group, Inc. has now produced certain deponents, and expert discovery on class certification discovery will be completed on or

1 about February 20, 2009; and

2     WHEREAS, counsel for the parties have met and conferred and have agreed that the briefing schedule should be continued to finish the depositions of Dorel employees and defense experts and extend the time for filing briefs accordingly;

    IT IS HEREBY STIPULATED that the remaining class certification and briefing schedule shall be modified as follows:

    1.    March 6, 2009

    Plaintiff will file her reply brief.

    The parties will meet and confer regarding the hearing including the need for any live testimony and report to the Court on this issue by March 27, 2009.  The motion will be heard at the Court's convenience thereafter.

Dated: February 11, 2009    CLAYEO C. ARNOLD
    A Professional Law Corporation

By: _____
    KIRK J. WOLDEN
    Attorney for the Plaintiffs

Dated: February 11, 2009    SCHIFF HARDIN LLP

By: _____
    KATHLEEN A. STIMELING
    Attorney for the Defendants

    IT IS SO ORDERED.

Dated:  February 12, 2009    /s/ John A. Mendez
    UNITED STATES DISTRICT JUDGE