Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue, Suite 300
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANCHEZ for herself and on behalf of those similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>WAL MART STORES, INC., DOREL JUVENILE GROUP, INC.; and DOES 1 through 25, inclusive;<br><br>　　　Defendants. | Case No.:  2:06-cv-02573-JAM-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　Comes now Plaintiff, ELIZABETH SANCHEZ, and Defendants WAL-MART STORES, INC. and DOREL JUVENILE GROUP, INC., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

///

///

///

Dated: June 2, 2010					CLAYEO C. ARNOLD
							A Professional Law Corporation

							By: _____//SS//_____
							       KIRK J. WOLDEN
							       Attorney for Plaintiffs


Date: June 2, 2010					SCHIFF HARDIN LLP

							By: _____//SS//_____
							       Kathleen A. Stimeling
							       Attorney for Defendants
							       DOREL JUVENILE GROUP, INC.
							       and WAL-MART STORES, INC.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 2, 2010					/s/ John A. Mendez
							UNITED STATES DISTRICT JUDGE